UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
|        v. | ) No. 4:19-MJ1378 JMB |
| SUPPRESSED, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and hereby moves this Court to file its document Under Seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX